UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC T. GREEN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>ERIC MEJIA,<br><br>　　　　　　　Respondent. | Case No. 25-cv-01933-WHO<br><br>**ORDER** |

Petitioner's request for an order to dismiss its Petition as untimely filed is granted. Cedric Green's Petition for Writ of Habeas Corpus is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 16, 2025

　　　　　　　　　　　　　　　　　　William H. Orrick
　　　　　　　　　　　　　　　　　　United States District Judge